Robert J. Cassity (Nevada Bar No. 9779)
Sydney R. Gambee (Nevada Bar No. 14201)
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
bcassity@hollandhart.com
srgambee@hollandhart.com

*Attorneys for ConocoPhillips Alaska, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | **Case No.:** <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

Plaintiff ConocoPhillips Alaska Inc. ("ConocoPhillips"), by and through its undersigned counsel, for its complaint against Defendants Forrest Wright ("Forrest"), Amanda Wright ("Amanda"), David Benefield ("David"), Wright Capital Investments, LLC ("Wright Capital Investments"), and DB Oilfield Support Services ("DB Oilfield Support Services," collectively, "Defendants"), alleges as follows:

**NATURE OF THIS ACTION**

Forrest Wright, an employee of ConocoPhillips, defrauded his employer out of millions of dollars by securing payments for non-existent goods and services from ConocoPhillips to companies he and/or his co-conspirators controlled. The scheme extended over many months and many separate invoices, and there are likely ongoing plans to continue the scheme, through more fake companies and fraudulent invoices. Forrest Wright and Amanda Wright transferred several million dollars of stolen money across state lines from Alaska to Nevada and used it to

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

form a wholly owned Nevada company which then purchased real estate and potentially other property in Nevada. More particularly, ConocoPhillips alleges and complains as follows:

## PARTIES

1. Plaintiff ConocoPhillips is a corporation organized and in good standing under the laws of the State of Alaska with its principal place of business in Anchorage, Alaska.

2. Defendant Forrest Wright is a resident of Anchorage, Alaska.

3. Defendant Amanda Wright is a resident of Anchorage, Alaska.

4. Upon information and belief, Forrest and Amanda Wright are husband and wife.

5. Defendant Wright Capital Investments, LLC is a limited liability company organized in the State of Nevada, wholly owned by Forrest Wright and Amanda Wright.

6. Upon information and belief, Defendant DB Oilfield Support Services is an unincorporated entity that holds Alaska business license number 2086140. It represents itself to be located in Webber Falls, OK, and to be owned by David Benefield.

7. Defendant David Benefield represented himself to ConocoPhillips to be the president of DB Oilfield Support Services and that he lives in Fairbanks, Alaska. Upon information and belief, David Benefield is the father of Amanda Wright.

8. Non-party co-conspirator Nathan Keays is an Anchorage Police Officer, and a resident of Anchorage, Alaska.

9. Non-party co-conspirator Kelly Keays is resident of Anchorage, Alaska. Upon information and belief, Nathan Keays and Kelly Keays are husband and wife.

10. Non-party co-conspirator Eco Edge Armoring, LLC ("Eco Edge") is a limited-liability company organized under the laws of the State of Alaska and owned and managed by Nathan Keays and Kelly Keays.

## JURISDICTION AND VENUE

11. Jurisdiction in this court is proper under 18 U.S.C. § 1964, 28 U.S.C. § 1331, and 28 U.S.C. § 1367(a).

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

12. Venue is proper in this judicial under 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claims occurred in Nevada and a substantial part of the property that is the subject of the action is situated in Nevada.

**FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS**

**Background**

13. At the times relevant to this Complaint, Forrest Wright was employed in Anchorage, Alaska by ConocoPhillips as a Senior Drilling and Wells Planner.

14. In his position as Senior Drilling and Wells Planner, Forrest Wright had the authority to propose suppliers to become "approved vendors" for ConocoPhillips. Forrest Wright held a position of confidence and trust with ConocoPhillips such that he could influence other employees at ConocoPhillips to approve such proposed supplies as approved vendors. Only approved vendors can sell materials and provide services to ConocoPhillips.

15. In his position as Senior Drilling and Wells Planner, Forrest Wright had the authority to requisition materials and services for purchase and use by ConocoPhillips. Forrest Wright held a position of confidence and trust with ConocoPhillips such that he could influence other employees at ConocoPhillips to approve such materials and services for purchase and use by ConocoPhillips.

16. Forrest Wright and Amanda Wright conspired among themselves and with others to defraud ConocoPhillips and embezzle monies from ConocoPhillips. The conspiracy involved having Forrest Wright propose two businesses—DB Oilfield Support Services and Eco Edge Armoring, LLC ("Eco Edge")—to be approved as vendors to ConocoPhillips and submit fraudulent information to obtain such approval. DB Oilfield Support Services was purportedly owned by David Benefield, who is Amanda Wright's father. Eco Edge was owned and controlled by Nathan Keays and Kelly Keays.

17. Forrest Wright, with the assistance of the other co-conspirators/Defendants, arranged for bids to be submitted to ConocoPhillips from DB Oilfield Support Services for pipe racks, inspection shelters, and other goods. Forrest Wright, with the assistance of the other co-conspirators/defendants also arranged for bids to be submitted to ConocoPhillips from Eco Edge

to provide materials and services to ConocoPhillips. Forrest Wright and the other Defendants and co-conspirators knew that the materials and goods did not exist and would never be provided, and that the services would never be provided.

18. After DB Oilfield Support Services and Eco Edge became approved vendors and Forrest Wright arranged for ConocoPhillips to issue purchase orders for materials and services, DB Oilfield Support Services and Eco Edge then submitted invoices for work never performed and/or goods never delivered. Forrest Wright, through fraud and misrepresentation, convinced others at ConocoPhillips to approve payment of the invoices.

### Payments to Eco Edge

19. On or around February 26, 2019, Forrest Wright proposed Eco Edge become an approved vendor to ConocoPhillips.

20. On March 1, 2019, Nathan Keays wrote an email to Forrest Wright proposing that Eco Edge be hired to perform pipe inspection services for ConocoPhillips at the Fairbanks railroad yard, at a rate of $2,075 per day.

21. Upon information and belief, Forrest Wright knew that Eco Edge never intended to provide pipe inspection services for ConocoPhillips.

22. Beginning on March 1, 2019, Forrest Wright stated in emails to other ConocoPhillips employees that the contract terms for Eco Edge should be for 1 year "so we don't have to keep re-doing it," and sought to expedite the process for getting Eco Edge set up as a vendor. Forrest Wright divided up the tasks associated with onboarding Eco Edge as a vendor among various ConocoPhillips employees.

23. In an email to ConocoPhillips employee Chip Alvord on March 4, 2019, Forrest Wright represented that:

> With all the activity in Alpine and Exploration our guys are getting torn trying to run between 100% pad and coordinate the drop off of loads from Alpine and Fairbanks to NES. Can we get someone over there for a very short time…obviously no folks with targets on their backs, will be very cheap just need someone to point where the loads will be going, Dan will line them out every morning.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

24.     Upon receiving approval from Chip Alvord to "go ahead and get them," Forrest Wright obtained approval from ConocoPhillips to hire Eco Edge at the rate of $2,075 per day.

25.     Between March 11, 2019 and October 1, 2019, Eco Edge submitted eight separate invoices for pipe inspection services totaling $439,930.

26.     Eco Edge provided no services for ConocoPhillips at the Fairbanks railroad yard or at any railroad yard. Employees of the Alaska Railroad state that they never heard of Eco Edge or encountered any individuals performing the services that Eco Edge was supposed to be providing.

27.     Upon information and belief, Forrest Wright knew that no pipe inspection services had been provided to ConocoPhillips by Eco Edge.

28.     Nevertheless, Forrest Wright, through fraud and misrepresentation, convinced others at ConocoPhillips to approve payment of the invoices for pipe inspection services.

29.     On April 14, 2019, Nathan Keays wrote an email to Forrest Wright stating that Eco Edge had available 11,000 feet of 22" joints (retainer)[1] made by Sumitomo Corporation that his supplier had at "liquidation" prices of $88.5/foot. Nathan Keays stated the pipe was located at Unique Machine in Anchorage, a subsidiary of Sumitomo Corporation.

30.     Forrest Wright and Nathan Keays created email exchanges on or around April 14, 2019 purporting to set up times to view the pipe at Unique Machine, with Nathan Keays claiming to discuss the same with Unique Machine's President, Chris Shumate.

31.     Chris Shumate has never heard of the term "joint retainer," and Unique Machine does not and never did have 11,000 feet of 22" joints. That amount of pipe would be approximately 44 truckloads, an amount Unique Machine employees surely would have noticed. And Sumitomo Corporation does not make 22" joints of the type Eco Edge claimed to have available.

32.     Despite knowing the pipe did not exist, Forrest Wright proposed to ConocoPhillips that ConocoPhillips purchase the 22" joints from Eco Edge.

---

[1] "Joint" is the industry term for a 44-foot length of pipe. "Joint retainer" is not a known term in the oil industry.

5

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

33. To convince ConocoPhillips to purchase the 22" joints from Eco Edge, Forrest Wright created a fictitious email exchange with Pat Hanley, president of Cal IV Pipe, Inc. This exchange purported to show Mr. Hanley quoting a price of $225/ft for the same type of joints from the same manufacturer.

34. Forrest Wright created pressure on ConocoPhillips to approve the purchase of the 22" pipe. For instance, Forrest Wright stated in email to ConocoPhillips employee Shon Robinson that "22" seamless pipe is only manufactured in 3 places in the world, none of which is in North America. Lead times are over a year long." Forrest also stated that "[o]ne of our suppliers found) [sic] 16,600ft of 22" .750" casing that is Sumitomo made (good quality)." Forrest further described the price offered by Eco Edge as "[a] huge savings," and asked to move forward with the purchase. Forrest Wright further stated via email on April 15, 2019 to ConocoPhillips employee Charles Chapman "the fact is that we will not be able to find 22" this cheap again."

35. Upon information and belief, Forrest Wright knew that Eco Edge never intended to deliver any 22" joints to ConocoPhillips.

36. Eco Edge submitted two invoices to ConocoPhillips for selling and delivering the non-existent 22" pipe, in the amounts of $974,474 and $495,600.

37. Forrest Wright, through fraud and misrepresentation, including the communications reproduced above and others, convinced others at ConocoPhillips to approve payment of those invoices and others.

38. Even recently, Eco Edge has continued to submit fraudulent time sheets for purported work done in an attempt to get paid on outstanding invoices.

39. The following payments were made from ConocoPhillips to Eco Edge. There are other invoices pending which ConocoPhillips has not paid. There may be others not listed here:

| Payment Doc# | Invoice Date | Date Paid | Amount |
|---|---|---|---|
| 2200012108 | 4/9/2019 | 4/15/2019 | 10,375.00 |
| 2200013618 | 4/17/2019 | 4/22/2019 | 16,516.50 |
| 2200014810 | 4/29/2019 | 5/3/2019 | 49,800.00 |
| 2200014811 | 4/29/2019 | 5/3/2019 | 49,500.00 |
| 2200016610 | 5/13/2019 | 5/17/2019 | 320,000.00 |

6

| | | | |
|---|---|---|---|
| 2200017350 | 5/16/2019 | 5/20/2019 | 974,473.50 |
| 2200017351 | 5/16/2019 | 5/21/2019 | 495,600.00 |
| 2200018301 | 5/23/2019 | 5/28/2019 | 98,430.00 |
| 2200018749 | 5/29/2019 | 6/3/2019 | 99,300.00 |
| 2200018750 | 5/29/2019 | 6/3/2019 | 82,500.00 |
| 2200018751 | 5/29/2019 | 6/3/2019 | 37,050.00 |
| 2200019640 | 6/5/2019 | 6/10/2019 | 42,900.00 |
| 2200020890 | 6/13/2019 | 6/17/2019 | 41,250.00 |
| 2200023100 | 7/2/2019 | 7/8/2019 | 124,775.00 |
| 2200023101 | 7/2/2019 | 7/8/2019 | 60,450.00 |
| 2200023102 | 7/2/2019 | 7/8/2019 | 60,450.00 |
| 2200026549 | 7/30/2019 | 8/5/2019 | 120,750.00 |
| 2200028372 | 8/14/2019 | 8/19/2019 | 58,500.00 |
| 2200030569 | 8/29/2019 | 9/3/2019 | 185,225.00 |
| 2200030570 | 8/29/2019 | 9/4/2019 | 29,250.00 |
| 2200034021 | 9/27/2019 | 10/3/2019 | 64,325.00 |
| 2200034022 | 9/27/2019 | 10/3/2019 | 66,300.00 |

**Payments to DB Oilfield Support Services**

40.     In furtherance of the scheme to defraud ConocoPhillips, on April 23, 2019, Forrest Wright sent an email to "David" at DB Oilfield Support Services asking about a pipe racking system. Forrest Wright and "David" exchanged a series of emails purporting to be negotiations for the purchase of a pipe racking system. Upon information and belief, "David" is Defendant David Wayne Benefield—Amanda Wright's father and Forrest Wright's father-in-law.

41.     On April 26, 2019, Forrest Wright proposed to ConocoPhillips that ConocoPhillips approve DB Oilfield Support Services to become an authorized vendor.

42.     Over a period of months, beginning in April 2019, Forrest Wright directed various material personnel under him to create purchase requisitions for pipe, pipe racks and inspection equipment from DB Oilfield Support Services.

43.     For instance, Forrest Wright and David Benefield created email exchanges on or around April 23, 2019 purportedly negotiating the price for the pipe racking system. Forrest sent an email to David requesting a quote for a pipe racking system, and David provided a quote including a price of $1.2 million. In response, Forrest asked if David and DB Oilfield Support Services would "consider $950K for the whole lot." David responded asking Forrest to "meet [him] at $990k" because "[i]t would at least help cover [his] folks airfare lol!" David further

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

represented that "if this ends up being a go I'd like to start this project ASAP, I think we can beat a Jan deadline by a month or two."

44. On May 6, 2019, Forrest forwarded this email exchange he and David created to ConocoPhillips employee Kurt Kegler as "justification" for approving purchase of the pipe racking system from DB Support Services.

45. On May 5, 2019, Forrest Wright sent to ConocoPhillips employee Dan Kouf an email asking Dan to create a request for certain racking system that Forrest claimed they were "having built by DB Oilfield Support Services." In the email, Forrest represented:

> **SSI (for Bartlesville)- DB Oilfield Support Services has the patent on this design. We D&W shopped around, and even comparable products were higher priced, by $300,000 plus thousand dollars. These racks are essential for our busiest ice road season in 20 plus years. Please see attached summary, justification and quote for $45K each $990K/Total FOB June 1st 2019 FOB Fairbanks RR.**
>
> George is still getting settling [sic] in so please send to Bartlesville, I can release when ready. Thanks!
>
> Please attached this e-mail and the attachment to the Req.

46. On May 8, 2019, in response to an email request from ConocoPhillips employee Bonita Townsend to provide an "official quote from DB Oilfield Support Services," Forrest attached a quote purportedly from DB Oilfield Support Services for the non-existent pipe racking system.

47. Forrest also vouched for DB Oilfield Support Services to obtain other approvals, including representations on July 25, 2019 to Charles Chapman, a ConocoPhillips employee, that "[t]hey are proven to deliver with no excuses. We need reliability and DB has proven that time/to=time again" and that "[t]his company is already in Fairbanks and is successfully working other projects for us. We need to stick with what works on this ERD rig, we can't take any chance on quality or delivery."

48. DB Oilfield Support Services submitted the following invoices to ConocoPhillips and received payment from ConocoPhillips on the following dates:

| Invoice # | Date | Amount Paid | Date Paid |
|-----------|------|-------------|-----------|
| 1901 | 5/6/2019 | $990,000 | 5/13/2019 |

8

| 1906 | 5/6/2019 | $990,000 | 5/13/2019 |
|-------|----------|----------|-----------|
| 1913 | 5/9/2019 | $990,000 | 5/20/2019 |
| 1922 | 6/3/2019 | $462,000 | 6/28/2019 |
| 10012 | 8/23/2019 | $716,000 | 8/23/2019 |

49.     The invoices submitted to ConocoPhillips by DB Oilfield Support Services were modified by Amanda Wright, meaning she, or someone logged into the computer as her, actually created and submitted the invoices.

50.     The invoices from DB Oilfield Support Services were for adjustable pipe racks, cribbing, and inspection shelters to be used at the Fairbanks railroad yard for storage and inspection of pipe/.joints purchased by ConocoPhillips. Forrest Wright, through fraud and misrepresentation, including the communications reproduced above and others, convinced others at ConocoPhillips to approve payment of these and other invoices.

51.     There are no materials, tubing, cribbing, pipe racks, or inspection shelters provided by DB Oilfield Support Services at the Fairbanks railyard or anywhere else that could be located by ConocoPhillips.

52.     DB Oilfield Support Services has never delivered any materials or goods to ConocoPhillips.

53.     DB Oilfield Support Services does not exist as a legal entity. DB Oilfield Support Services represented to ConocoPhillips that it is based in Webber Falls, OK.

54.     DB Oilfield Support Services obtained an Alaska business license only three days before Forrest Wright proposed it as a vendor.  The license names David Benefield as the owner of DB Oilfield Support Services.

55.     The name of the vendor contact supplied by DB Oilfield Support Services to ConocoPhillips is David Wayne Benefield.

56.     On April 27, 2019, the day after Forrest Wright requested DB Oilfield Support Services be approved as a vendor to ConocoPhillips, Forrest Wright initiated an email exchange from his ConocoPhillips office computer with the "Friendly Geek," an individual offering computer/IT services.  Forrest Wright hired the Friendly Geek to create organizational charts,

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

PowerPoint slideshow and a website for DB Oilfield Support Services. Forrest Wright informed the Friendly Geek that the website was to be "more for show than practicality."

57.    Upon information and belief, Forrest Wright knew that DB Oilfield Support Services was a fictional entity and knew that it never intended to provide any materials or goods to ConocoPhillips.

**Wright Capital Investments, LLC**

58.    Forrest Wright and Amanda Wright formed Wright Capital Investments, LLC, a Nevada limited liability company, on July 21, 2019.

59.    Upon information and belief, in furtherance of the conspiracy, Forrest Wright, Amanda Wright, and/or David Wayne Benefield caused funds to be transferred from DB Oilfield Support Services in Alaska to Wright Capital Investments, LLC in Nevada.

60.    In or around August of 2019, Forrest Wright and Amanda Wright, through Wright Capital Investments, LLC, used some of the funds fraudulently obtained from ConocoPhillips to purchase in whole or in part at least 17 separate properties in Las Vegas, NV with a total purchase price of $4,200,000.00. The Assessor's Parcel Numbers and street addresses of those properties are as follows:

    a.  APN 138-23-613-035
         6233 Espinosa Avenue
         Las Vegas, Nevada

    b.  APN 138-24-115-006
         5908 W Bartlett Avenue
         Las Vegas, Nevada

    c.  APN 138-25-112-019
         1524 Saylor Way
         Las Vegas, Nevada

    d.  APN 138-25-114-057
         1400 Saylor Way
         Las Vegas, Nevada

    e.  APN 138-25-312-008
         5824 Iris Avenue
         Las Vegas, Nevada

    f.  APN 138-25-314-039
         5821 Halifax Avenue
         Las Vegas, Nevada

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

g. APN 138-34-711-027
716 Vincent Way
Las Vegas, Nevada

h. APN 138-34-712-050
609 Cline Street
Las Vegas, Nevada

i. APN 138-35-711-036
501 Slayton Drive
Las Vegas, Nevada

j. APN 138-36-120-029
5420 Banjo Street
Las Vegas, Nevada

k. APN 139-08-411-011
3602 Gold Sluice Avenue
North Las Vegas, Nevada

l. APN 139-19-213-079
4609 Sawyer Avenue
Las Vegas, Nevada

m. APN 139-29-714-050
2149 Sleepy Court
Las Vegas, Nevada

n. APN 139-30-318-007
721 Fairway Drive
Las Vegas, Nevada

o. APN 140-22-314-028
1826 Green Acres Avenue
Las Vegas, Nevada

p. APN 163-01-612-049
5201 Mountain View Drive
Las Vegas, Nevada

q. APN 163-15-810-114
3973 Arrowood Drive
Las Vegas, Nevada

61. Between May 9 and May 13, 2019, Forrest Wright used interstate wire communications to communicate with JJ Lehr of American Realty Properties to arrange the purchase of real estate in Nevada with the funds embezzled from ConocoPhillips.

62. Between July 19 and August 5, 2019, Forrest Wright used interstate wire communications to communicate with Stephen Richards of Orange Realty Group of Las Vegas

to arrange for property management of the real estate purchased in Nevada with the funds embezzled from ConocoPhillips.

63. In these communications, Forrest referred to the 17 Nevada properties as "income properties."

## ALASKA PROPERTY TRANSACTIONS

64. Nathan Keays purchased two garage condominium units in Eagle River, AK on October 8, 2019, legally described as:

> Units 11 and 12, EAGLE RIVER GARAGES, as identified in the declaration recorded May 22, 2019 in as Reception No. 2019-016602-0, and amendments thereto and as shown on floor plans and as-built survey filed under Plat No. 2019-43, in the office of the Recorder for the Anchorage Recording District, Third Judicial District, State of Alaska.

Nathan Keays paid cash for these properties. Upon information and belief, Nathan Keays used funds embezzled or fraudulently obtained from ConocoPhillips to purchase these properties. A sign on the door of Unit 11 described above says "Eco Edge Armoring, LLC."

65. On or around October 26, 2019, Nathan and Kelly Keays paid off the $145,350 mortgage on property that they owned, legally described as:

> Unit 106, 79TH STREET GARAGETOWN PHASE 2, as identified in the declaration recorded February 2, 2016 as Reception No. 2016-004204-0, and amendments thereto and as shown on floor plans and as-built survey filed under Plat No. 2016-17, in the office of the Recorder for the Anchorage Recording District, Third Judicial District, State of Alaska

Upon information and belief, the Keays used funds embezzled or fraudulently obtained from ConocoPhillips to pay off this mortgage.

66. On or around March 22, 2019, Forrest Wright and Amanda Wright purchased property in Anchorage AK, legally described as:

> Unit 29 of BOSTON SQUARE CONDOMINIUMS, as shown on the Floor Plans filed under Plat No. 2001-35, located in the Anchorage Recording District, Third Judicial District, State of Alaska and as described in the Declaration recorded March 17, 2000 in Book 3608 at Page 228 and Amendments thereto, if any.

12

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

Upon information and belief Forrest Wright and Amanda Wright have used funds embezzled or fraudulently obtained from ConocoPhillips to make payments on the mortgage and/or maintain this property.

## COUNT I: VIOLATION OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO")

67.     The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

68.     ConocoPhillips has suffered injury by reason of Defendants' racketeering activity.

69.     Defendants' conduct constitutes an intentional scheme to defraud ConocoPhillips.

70.     Defendants acted together for the common purpose of embezzling money from and defrauding ConocoPhillips.

71.     The Defendants' conduct in submitting false invoices, facilitating and receiving payment on the false invoices, transferring the funds from one state to another and attempting to launder the money through real estate purchases in Nevada, Alaska and elsewhere constitute racketeering activity as that term is defined in 18 U.S.C. § 1961.

72.     Defendants' conduct violated 18 U.S.C. § 1343 and 18 U.S.C. § 2314.

73.     Defendants' actions violated the National Stolen Property Act, 18 U.S.C. § 2314. Defendants transferred more than $4,000,000 across state lines, from Alaska to a Nevada limited liability company and used the funds to purchase real estate in Nevada.

74.     Forrest Wright used interstate wire communications in furtherance of the illegal scheme in violation of 18 U.S.C. § 1343.

75.     On May 8, 2019, Forrest Wright sent an email from his computer in Alaska to Bonita Townsend, a ConocoPhillips purchasing analyst in Houston and attached a sham quotation from DB Oilfield Support Services in order to have the purchase order for non-existent pipe racks approved by ConocoPhillips.

13

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

76.     Forrest Wright used ConocoPhillips' computer system to make fraudulent representations to ConocoPhillips employees located in Oklahoma.   Based on these misrepresentations and others, ConocoPhillips employees in Oklahoma approved and/or paid for the transactions with DB Oilfield Support Services and Eco Edge.

77.     Between May 9 and May 13, 2019, Forrest Wright used interstate wire communications to communicate with JJ Lehr of American Realty Properties to arrange the purchase of real estate in Nevada with the funds embezzled from ConocoPhillips.

78.     Between July 19 and August 5, 2019, Forrest Wright used interstate wire communications to communicate with Stephen Richards of Orange Realty Group of Las Vegas to arrange for property management of the real estate purchased in Nevada with the funds embezzled from ConocoPhillips.

79.     Between May 9 and May 13, 2019, Forrest Wright used interstate wire communications to communicate with JJ Lehr of American Realty Properties to arrange the purchase of real estate in Nevada with the funds embezzled from ConocoPhillips.

80.     Defendants' conduct constitutes an open-ended scheme. Their criminal conduct will continue into the future. Nathan Keays of Eco Edge is still seeking payment on invoices submitted for work never performed and services never rendered.

81.     Forrest Wright has built a new property management "business" based solely on the real estate purchased with the funds embezzled from ConocoPhillips and intends to continue his newfound property management "business" with the real estate purchased with the funds embezzled from ConocoPhillips.   Upon information and belief, Forrest Wright intends to purchase more real estate properties with more embezzled funds in the future.

82.     There is no evidence Defendants will cease their racketeering activity if Forrest Wright is not terminated from ConocoPhillips and their scheme interrupted by law enforcement and the Court.

83.     The numerous separate invoices submitted by DB Oilfield Support Services and Eco Edge demonstrate that there was repetition of criminal activity in reality, not just the threat of repetition.

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

84.     Additional facts and information pertaining to the fraudulent scheme carried out by Defendants is solely within the possession of Defendants and are peculiarly within the Defendants' knowledge. Defendants have not shared all material facts relating to their fraudulent scheme with ConocoPhillips, and as such, more facts may be forthcoming.

## COUNT II: FRAUD

85.     The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein

86.     Defendants represented to ConocoPhillips that goods and services had been supplied to ConocoPhillips when they had not been supplied.

87.     At the time Defendants presented invoices to ConocoPhillips Defendants knew that the goods and services for which they demanded payment had not been supplied.

88.     At the time Defendant Forrest Wright, through fraud and misrepresentation, provided incorrect and misleading facts to other ConocoPhillips employees to convince them to approve as vendors DB Oilfield Support Services and Eco Edge and to authorize payment of the invoices referenced above, he knew that the goods and services had not been supplied to ConocoPhillips.

89.     ConocoPhillips relied upon the representations made by Defendants and contained in the invoices and elsewhere and made payment to Defendants of at least $7,297,970.00.

90.     ConocoPhillips has suffered direct monetary damages as the result of the fraud and misrepresentations made by Defendants.

91.     Additional facts and information pertaining to the fraudulent scheme carried out by Defendants is solely within the possession of Defendants and are peculiarly within the Defendants' knowledge. Defendants have not shared all material facts relating to their fraudulent scheme with ConocoPhillips, and as such, more facts may be forthcoming.

## COUNT III: CONVERSION

92.     The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

15

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

93.    ConocoPhillips is the rightful owner of the funds paid to Defendants for goods and services that were not provided.

94.    Defendants intentionally engaged in a scheme to deprive ConocoPhillips of possession of the funds paid for goods and services that were not provided and wrongfully exert dominion over ConocoPhillips' funds.

95.    Defendants have deprived ConocoPhillips of the possession and use of at least $7,297,970.00, in derogation of ConocoPhillips' rights in the funds.

96.    ConocoPhillips has suffered damages in an amount no less than $7,297,970.00.

## COUNT IV: UNJUST ENRICHMENT

97.    The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

98.    Defendants received benefit in the form of payments from ConocoPhillips made in reliance upon Defendants' misrepresentations and fraud.

99.    These payments came at the expense of ConocoPhillips. ConocoPhillips received nothing of value in return for the payments.

100.   It is unjust for Defendants to retain the benefit of the payments, and Defendants should be required to disgorge and return the payments.

101.   ConocoPhillips has suffered damages in an amount no less than $7,297,970.00.

## COUNT V: CONSTRUCTIVE TRUST

102.   The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

103.   A confidential relationship exists between ConocoPhillips and Forrest Wright. Forrest Wright, through his position of employment with ConocoPhillips, was entrusted with the authority to approve vendors and payments for certain invoices to vendors for ConocoPhillips. Forrest Wright violated that relationship of trust with ConocoPhillips when, through his misrepresentations and fraud, he embezzled and/or fraudulently obtained funds from ConocoPhillips for goods and services not actually provided/performed.

104. Any property interests Defendants hold in the embezzled and/or fraudulently obtained funds, and any assets maintained, purchased or obtained using the funds are held unfairly.

105. Any property interests Defendants hold in the embezzled and/or fraudulently obtained funds, and any assets purchased or obtained using the embezzled funds, were obtained by unjust, unconscionable and unlawful means.

106. Any property interests Defendants hold in the embezzled and/or fraudulently obtained funds, and any assets maintained, purchased or obtained using the embezzled funds rightly belongs to ConocoPhillips. ConocoPhillips has a good equitable claim to any assets that can be found to have been received by Defendants or obtained by them as a result of the funds embezzled from ConocoPhillips.

107. A constructive trust should be placed over all property interests in the embezzled and/or fraudulently obtained funds and all property interests maintained, purchased or obtained using embezzled and/or fraudulently obtained funds, and title and ownership conveyed back to ConocoPhillips, including, without limitation, the real property in Nevada as follows:

    a.   APN 138-23-613-035
          6233 Espinosa Avenue
          Las Vegas, Nevada

    b.   APN 138-24-115-006
          5908 W Bartlett Avenue
          Las Vegas, Nevada

    c.   APN 138-25-112-019
          1524 Saylor Way
          Las Vegas, Nevada

    d.   APN 138-25-114-057
          1400 Saylor Way
          Las Vegas, Nevada

    e.   APN 138-25-312-008
          5824 Iris Avenue
          Las Vegas, Nevada

    f.   APN 138-25-314-039
          5821 Halifax Avenue
          Las Vegas, Nevada

    g.   APN 138-34-711-027

h. APN 138-34-712-050

609 Cline Street
Las Vegas, Nevada

i. APN 138-35-711-036

501 Slayton Drive
Las Vegas, Nevada

j. APN 138-36-120-029

5420 Banjo Street
Las Vegas, Nevada

k. APN 139-08-411-011

3602 Gold Sluice Avenue
North Las Vegas, Nevada

l. APN 139-19-213-079

4609 Sawyer Avenue
Las Vegas, Nevada

m. APN 139-29-714-050

2149 Sleepy Court
Las Vegas, Nevada

n. APN 139-30-318-007

721 Fairway Drive
Las Vegas, Nevada

o. APN 140-22-314-028

1826 Green Acres Avenue
Las Vegas, Nevada

p. APN 163-01-612-049

5201 Mountain View Drive
Las Vegas, Nevada

q. APN 163-15-810-114

3973 Arrowood Drive
Las Vegas, Nevada

108. Under the circumstances it would be inequitable to allow defendants to retain embezzled and/or fraudulently obtained funds from ConocoPhillips or any assets maintained, purchased or obtained with those funds. Therefore, a constructive trust should be imposed upon such funds and assets in favor of ConocoPhillips as beneficiary.

///

///

18

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**COUNT VI: CIVIL CONSPIRACY**

109. The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

110. Defendants acted in concert with the intent to accomplish an unlawful objective: to embezzle and/or fraudulently obtain funds from ConocoPhillips.

111. Defendants, through their action in concert, intended to harm ConocoPhillips by wrongfully depriving it of the embezzled and/or fraudulently obtained funds.

112. ConocoPhillips sustained damages in an amount no less than $7,297,970.00 resulting from Defendants' acts.

**COUNT VII: CONCERT OF ACTION**

113. The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

114. Defendants acted with one another to commit various torts, as detailed herein.

115. Defendants acted in concert or pursuant to a common design, to wit, the scheme to defraud and embezzle funds from ConocoPhillips, as detailed herein.

116. ConocoPhillips sustained damages in an amount no less than $7,297,970.00 resulting from Defendants' acts.

**COUNT VIII: FRAUDULENT TRANSFER**

117. The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

118. ConocoPhillips is legally entitled to the funds embezzled by Defendants.

119. Defendants transferred the funds embezzled from ConocoPhillips to Wright Capital Investments with the actual intent to hinder, delay, or defraud ConocoPhillips.

120. Upon information and belief, Wright Capital Investments did not provide reasonably equivalent value in exchange for the transfer of the embezzled funds to Wright Capital Investments, and upon information and belief, Defendants are now unable to repay the embezzled funds to ConocoPhillips.

19

121.    Upon information and belief, without receiving reasonably equivalent value in exchange for the transfer of the embezzled funds to Wright Capital Investments, Defendants knew or reasonably should have known that they would be unable to repay the embezzled funds to ConocoPhillips.

122.    ConocoPhillips has suffered damages as a direct and proximate result of Defendants' conduct.

123.    Pursuant to NRS 112.210, ConocoPhillips is entitled to avoidance of the transfers to the extent necessary to satisfy its claims; attachment or garnishment against the assets transferred and properties acquired with embezzled funds; an injunction against further disposition by the Defendants or the assets transferred or the properties; and/or appointment of a receiver to take charge of the assets transferred and/or the real property.

124.    Additional facts and information pertaining to the fraudulent scheme carried out by Defendants is solely within the possession of Defendants and are peculiarly within the Defendants' knowledge.  Defendants have not shared all material facts relating to their fraudulent scheme with ConocoPhillips, and as such, more facts may be forthcoming.

**COUNT IX: PIERCING THE CORPORATE VEIL/ALTER EGO**

125.    The allegations contained in the preceding paragraphs are incorporated as if fully set forth herein.

126.    The corporate forms of DB Oilfield Support Services and Wright Capital Investments were influenced and governed by David Benefield, Forrest Wright, and/or Amanda Wright.

127.    There is such unity of interest and ownership that DB Oilfield Support Services and Wright Capital Investments are inseparable from their individual owners.

128.    The corporate forms of DB Oilfield Support Services and Wright Capital Investments were used to commit fraud and perpetrate crimes.

129.    Adherence to the fiction of the corporate forms of DB Oilfield Support Services and Wright Capital Investments would sanction fraud and promote injustice.

130.    All debts and obligations of DB Oilfield Support Services and Wright Capital Investments should be considered debts and obligation of their individual owners.

## PRAYER FOR RELIEF

Wherefore, Plaintiff ConocoPhillips seeks the following relief:

A.  This court exercise its equitable powers and impose a constructive trust over all assets embezzled and/or fraudulently obtained from ConocoPhillips, and all assets maintained, purchased or obtained with those embezzled and/or fraudulently obtained funds from ConocoPhillips, including rents, profits, and all other proceeds of any embezzled funds.

B.  That this Court immediately enter an injunction freezing all funds held by Defendants, and forbidding defendants from selling, disposing or transferring any asset or making any payment or fund transfer to any person or entity.

C.  That this Court enter judgment against defendants, jointly and severally, for general, compensatory, and punitive damages in an amount to be proven at trial, together with prejudgment interest.

D.  That ConocoPhillips be awarded treble damages under RICO.

E.  That ConocoPhillips be awarded its full costs and attorney fees.

F.  All other relief as may be just and proper.

**PLAINTIFF CONOCOPHILLIPS HEREBY DEMANDS A JURY TRIAL.**

DATED this 12th day of December, 2019.

HOLLAND & HART LLP


/s/ Robert J. Cassity
Robert J. Cassity (Nevada Bar No. 9779)
Sydney R. Gambee (Nevada Bar No. 14201)
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for ConocoPhillips Alaska, Inc.*

13901191_v5  44436.0084

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134