Michelle S. Nesbett
Pro Hac Vice
michelle@nesbettlaw.com
Nesbett Law Offices
750 W. 2nd Ave., Suite 105
Anchorage, Alaska 99501
Telephone: (907) 770-6920
Facsimile: (907) 770-6998

Jeffrey B. Setness
Nevada Bar No. 2820
jsetness@fabianvancott.com
Fabian VanCott
411 East Bonneville Avenue, Suite 400
Las Vegas, Nevada 89101
Telephone: (702) 233-4444
Facsimile: (877) 898-1168

Attorneys for Defendant Amanda Wright

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., | Case No. 2:19-CV-2132-KJD-NJK |
| Plaintiff, | |
| vs. | |
| FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, | **STIPULATION AND ORDER** |
| Defendants. | |

Plaintiff ConocoPhillips Alaska Inc. ("ConocoPhillips") and Defendant Amanda Wright (together referred to as "the Parties") hereby stipulate to the following

STIPULATION
CONOCOPHILLIPS ALASKA, INC. V. FORREST WRIGHT ET AL., CASE NO. 2:190CV-02132-KJD-NJK
PAGE 1 OF 6

terms and conditions:

1. Amanda Wright may maintain an individual, personal bank account for the purposes of depositing her paychecks, paying her own living expenses, and taking care of the needs of her minor child. The Parties agree that Ms. Wright's individual checking account at Key Bank ending in 9317 should not be frozen. Ms. Wright represents that no funds obtained from ConocoPhillips or any proceeds from the use of those funds have been or will be deposited into said account.

2. The parties agree that Ms. Wright may maintain her auto loan account with Credit Union 1 ending in 34L7 so that she may continue to use the account for the sole purpose of making her monthly car payments. Ms. Wright represents that no funds obtained from ConocoPhillips or any proceeds from the use of those funds have been or will be deposited into said account.

3. ConocoPhillips agrees that Ms. Wright shall be permitted to withdraw funds from her employer-sponsored retirement plan, subject to any restrictions or authorizations required by said employer sponsored retirement plan, for the purposes of covering any necessary living expenses for her family, and for paying her own attorney's fees related to this action. These checks may be deposited into her Key Bank Checking account ending in 9317.

4. ConocoPhillips agrees that Ms. Wright shall be permitted to deposit funds from Forrest Wright's employer sponsored retirement plan into her Key Bank account ending in 9317 in order to cover necessary living expenses for her family and for paying

STIPULATION
CONOCOPHILLIPS ALASKA, INC. V. FORREST WRIGHT ET AL., CASE NO. 2:190CV-02132-KJD-NJK
PAGE 2 OF 6

Case 3:20-cv-00072-SLG   Document 38   Filed 03/02/20   Page 2 of 6

her own attorney's fees related to this action. Specifically, the parties agree that Ms. Wright may deposit $34,000.00 from Mr. Wright's Fidelity Investment retirement account into her Key Bank account ending in 9317.

5. Ms. Wright agrees that her Alaska USA Federal Credit Union joint personal checking account with Forrest Wright ending in 5623 shall remain subject to the Preliminary Injunction (ECF No. 20), pending further order or judgment of the Court.

6. Ms. Wright agrees that the Alaska USA Federal Credit Union Spectrum Consulting Services joint business account ending in 0183 shall remain subject to the Preliminary Injunction (ECF No. 20), pending further order or judgment of the Court.

7. Ms. Wright agrees that any Wells Fargo joint business account (account number unknown) in the name of Wright Capital Investments, LLC shall remain subject to the Preliminary Injunction (ECF No. 20), pending further order or judgment of the Court.

8. Ms. Wright agrees to sign a release concurrently with the execution of this Stipulation allowing ConocoPhillips to obtain bank statements for any bank or other monetary accounts to which Ms. Wright has authorized access, custody or control, whether individually or through any business entities (including, without limitation, Wright Capital Investments, Spectrum Consulting Services, and Spectrum Residential), from February 2019 through February 2020.

9. Ms. Wright represents that she has no other accounts (including without limitation any sports-betting accounts or cryptocurrency accounts) in her individual

capacity or jointly with Mr. Wright other than those identified in paragraphs two and four of this stipulation. Ms. Wright further represents that she is not aware of and does not have access to any other account owned or controlled by Forrest Wright, Wright Capital Investments, Spectrum Consulting Services, or Spectrum Residential other than those identified in paragraphs four through seven of this stipulation. Ms. Wright further represents that subsequent to the Court's entry of the Temporary Restraining Order, she has not withdrawn funds from any of the accounts identified in paragraphs four through seven of the stipulation. Ms. Wright further represents that she is not in possession of or aware of the location of any cash (or cash equivalents) from funds improperly obtained from ConocoPhillips, and that she is not aware of any other individuals who may be in possession of any such cash, other than funds that may currently be situated in the accounts identified in paragraphs four through seven of the stipulation.

10. Ms. Wright represents that she does not have access to funds held in any accounts owned or controlled by Kelly Keays; Nathan Keays; Eco Edge Armoring, LLC; David Benefield; or DB Oilfield Support Services.

11. Nothing in this Stipulation is to be construed or inferred as an admission of liability to the allegations in the Complaint in any way.

12. The Parties reserve the right to move to amend or vacate this Stipulation, which shall otherwise expire at the conclusion of the civil action or by the entry of any other Court order.

Dated: March 2, 2020

        <u>s/ Michelle S. Nesbett</u>
MICHELLE S. NESBETT
Attorney for Amanda Wright
Pro Hac Vice

Dated: March 2, 2020

HOLLAND & HART, LLP
Attorneys for ConocoPhillips Alaska, Inc.

BY:   <u>s/ Robert J. Cassity</u>
ROBERT J. CASSITY
bcassity@hollandhart.com
Nevada Bar No. 9779

## **ORDER**

IT IS SO ORDERED.

_____
Honorable Kent J. Dawson
U.S. DISTRICT JUDGE

DATED:_____

STIPULATION
CONOCOPHILLIPS ALASKA, INC. V. FORREST WRIGHT ET AL., CASE NO. 2:190CV-02132-KJD-NJK
PAGE 5 OF 6

CERTIFICATE OF SERVICE
I hereby certify that on March 2, 2020
a copy of foregoing this document
was served ELECTRONICALLY on:

Robert J. Cassity
bcassity@hollandhart.com

Syndey Gambee
srgambee@hollandhart.com

Jeffrey B. Setness
jsetness@fabianvancott.com

And via U.S. mail, postage pre-paid, on:

David Benefield
14829 E 253rd St. S
Webbers Falls, OK 74470

s/ Michelle S. Nesbett

STIPULATION
CONOCOPHILLIPS ALASKA, INC. V. FORREST WRIGHT ET AL., CASE NO. 2:19OCV-02132-KJD-NJK
PAGE 6 OF 6