# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; NATHAN KEAYS; KELLY KEAYS; ECO EDGE ARMORING, LLC; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | **Case No. 3:19-cv-00311-SLG** <br><br> Consolidated <br><br><br> **ORDER GRANTING STIPULATION TO CONSOLIDATE** |
| CONOCOPHILLIPS ALASKA, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORREST WRIGHT; AMANDA WRIGHT; DAVID BENEFIELD; WRIGHT CAPITAL INVESTMENTS, LLC; and DB OILFIELD SUPPORT SERVICES, <br><br> Defendants. | Case No. 3:20-cv-00072-TMB |

Before the Court at Docket 60 is the parties' Stipulation to Consolidate Actions Pursuant to Fed. R. Civ. P. 42(a).

Good cause being shown, It IS HEREBY ORDERED that Case No. 3:20-cv-00072-TMB, which was recently transferred from the District of Nevada (former

Case No. 2:19-cv-02132-KJD-NJK in the District of Nevada) is hereby consolidated into this action for all purposes pursuant to Fed. R. Civ. P. 42(a) and L. Civ. R. 3.1(d)(2). All further filings shall be made in Case No. 3:19-cv-00311-SLG, and the case caption for these consolidated cases is amended as set forth above.

DATED this 6th day of April, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00311-SLG, *ConocoPhillips v. Wright, et al.*
Order Granting Stipulation to Consolidate
Page 2 of 2
Case 3:20-cv-00072-SLG   Document 46   Filed 04/06/20   Page 2 of 2