# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FORREST WRIGHT, *et al.*, <br><br>  Defendants. | Case No. 3:19-cv-00311-SLG <br><br> **Lead Case** |
| CONOCOPHILLIPS ALASKA, INC., <br><br>  Plaintiff, <br><br> v. <br><br> FORREST WRIGHT, *et al.*, <br><br>  Defendants. | Case No. 3:20-cv-00072-TMB |

## FINAL JUDGMENT FOR CONCOPHILLIPS ALASKA, INC. AND AGAINST DAVID BENEFIELD

This matter having been brought before the Court upon *Stipulated Confession of Judgment* between Defendant David Benefield and ConocoPhillips Alaska, Inc. that they have expressly agreed to at Docket 106, and the Court finding that there is no just reason for the delay of entry of judgment as to this defendant pursuant to Civil Rule 54(b), IT IS HEREBY ORDERED:

ConocoPhillips, Inc. shall have Final Judgment against Defendant David Benefield as follows:

- Thirty-Five Thousand Dollars ($35,000.00), plus

- Simple interest at three percent (3%) on any unpaid balance on January 1, 2022 until paid in full.

DATED this 28th day of September, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00311-SLG, *ConocoPhillips Alaska, Inc. v. Wright, et al.*
Order re Stipulated Confession of Judgment
Page 2 of 2
Case 3:20-cv-00072-SLG   Document 47   Filed 09/29/21   Page 2 of 2