**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| CONOCOPHILLIPS ALASKA, INC., <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>FORREST WRIGHT, *et al.*, <br><br>　　　　　Defendants. | Case No. 3:19-cv-00311-SLG <br><br>**Lead Case** |
| CONOCOPHILLIPS ALASKA, INC., <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>FORREST WRIGHT, *et al.*, <br><br>　　　　　Defendants. | Case No. 3:20-cv-00072-SLG |

**FINAL JUDGMENT FOR CONOCOPHILLIPS ALASKA, INC. AND AGAINST AMANDA WRIGHT**

This matter having been brought before the Court upon *Stipulated Confession of Judgment* between Defendant Amanda Wright and ConocoPhillips Alaska, Inc. that they have expressly agreed to at Docket 107, and the Court finding that there is no just reason for the delay of entry of judgment as to this defendant pursuant to Civil Rule 54(b), IT IS HEREBY ORDERED:

ConocoPhillips Alaska, Inc. shall have Final Judgment against Defendant Amanda Wright as follows:

- Fifty Thousand Dollars ($50,000.00), plus

- Simple interest at three percent (3%) on any unpaid balance from December 1, 2027 until paid in full.

DATED this 29th day of September, 2021 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:19-cv-00311-SLG, *ConocoPhillips Alaska, Inc. v. Wright, et al.*
Order re Stipulated Confession of Judgment
Page 2 of 2
Case 3:20-cv-00072-SLG   Document 48   Filed 09/29/21   Page 2 of 2